**Patrick ROBINSON, Plaintiff– Appellant,**

v.

**Cecelia JANISZEWSKI, Northern Regional Jail Medical Admin. Primecare Medical of West Virginia, Incorporated; James Spencer, Northern Regional Jail Administrator; Unknown Defendant,—Doctor working for Primecare Medical of West Virginia, Incorporated; Unknown Defendant 1,—Nurse, working for Primecare Medical of West Virginia, Incorporated; Unknown Defendant 2,—Nurse working for Primecare Medical of West Virginia, Incorporated; unknown defendant 3,—Nurse working for Primecare Medical of West Virginia, Incorporated; Unknown Defendant 4,—Nurse working for Primecare Medical of West Virginia, Incorporated; Unknown Defendant 5,—Nurse, working for Primecare Medical of West Virginia, Incorporated; Unknown Correctional Officer(s), No. 1, Northern Regional Jail & Correctional Facility; Unknown Correctional Officer(s), Number 2, Northern Regional Jail & Correctional Facility, Defendants— Appellees.**

No. 10–6626.

United States Court of Appeals, Fourth Circuit.

Submitted: June 24, 2010.

Decided: July 1, 2010.

Patrick Robinson, Appellant Pro Se. John Dorsey Hoffman, Flaherty, Sensabaugh & Bonasso, PLLC, Charleston, West Virginia; Chad Marlo Cardinal, West Virginia Regional Jail & Correctional Facility Authority, Charleston, West Virginia, for Appellees.

Before DUNCAN, AGEE, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick Robinson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Robinson v. Janiszewski*, No. 5:09–cv–00064–FPS–JSK, 2010 WL 1473692 (N.D.W.Va. Apr. 9, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*